IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TRACY ANTHONY MILLER,

   Plaintiff,

    v.

CINTHIA NELSON, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-480-TWT

ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action under 28 U. S. C. § 1915(g). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 15 day of April, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Miller\13cv480\r&r.wpd